UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| NATIONAL MEDICAL IMAGING, LLC, | : | Case No. 08-17351-jkf |
| | : | |
| Putative Debtor | : | |
| | : | |
| IN RE: | : | Chapter 7 |
| | : | |
| NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC, | : | Case No. 08-17348-jkf |
| | : | |
| Putative Debtor | : | |

**ORDER GRANTING IN PART PETITIONING CREDITORS' MOTION TO TRANSFER CASES TO THE HONORABLE RICHARD E. FEHLING**

AND NOW, this __2__ day of December, 2010, upon consideration of the Motion of the Petitioning Creditors' to Transfer Cases to The Honorable Richard E. Fehling Pursuant to L.B.R. 5001-1(c)(3) (the "Motion"), the Response of the Putative Debtors thereto and for the reasons stated on the record, it is hereby ORDERED, that:

1. The Motion is granted in part.

2. The Motion for Reconsideration (as defined in the Motion) [Doc. No.192, Case No. 08-17351-jkf & Doc. No. 183, Case No. 08-17348-jkf] and the Motion for Clarification (as defined in the Motion) [Doc. No. 189, Case No. 08-17351-jkf & Doc. No. 180, Case No. 08-17348-jkf] are transferred to The Honorable Richard E. Fehling for determination.

3. The Court defers ruling on whether the Putative Debtors' pending Motion to Award Attorneys' Fees and Costs and for Compensatory, Consequential, Special and Punitive Damages [Doc. No. 185-188, Case No. 08-17351-jkf & Doc. No. 176-179, Case No. 08-17348-jkf] (the "Sanctions Motion") should be decided by the undersigned Judge or by Judge Fehling pending Judge Fehling's determination of the Motion for Reconsideration and the Motion for Clarification. In the interim, all proceedings in connection with the Sanctions Motion are stayed pending further Order of this Court.

4. The Petitioning Creditors' Motion to Vacate Stay and Set Response Dates and Hearing Dates on Previously Filed Motions [Doc. No. 212, Case No. 08-17351-jkf & Doc. No. 203, Case No. 08-17348-jkf] also shall be decided by Judge Fehling. In the event the parties are able to agree to an order resolving said motion, they may submit a proposed order to Judge Fehling.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE